# United States District Court
## Northern District of Illinois
Eastern Division

| | |
|---|---|
| Equal Opportunity Employment Commission | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 6162 |
| U-Haul International, Inc., et al. | |

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants U-Haul International, Inc. and U-Haul of Illinois, Inc. and against plaintiff Equal Opportunity Employment Commission.

Michael W. Dobbins, Clerk of Court

Date: 1/17/2006         /s/ Michael Dooley, Deputy Clerk